THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF
 
 
 SOUTH CAROLINA
In The Court of
 Appeals

 
 
 
 The State, Respondent,
 v.
 Eric 
 Dwayne Blackwell Appellant.
 
 
 

Appeal From
 
 
 Cherokee
 
 County
J. Derham Cole, Circuit Court Judge
Unpublished
 Opinion No.  2007-UP-483
Submitted
 October 1, 2007  Filed October 12, 2007
APPEAL
 DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, South Carolina Commission on Indigent Defense, of Columbia,
 for Appellant.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg.
 
 
 
 

PER CURIAM:  Eric Dwayne Blackwell appeals his guilty plea for
 murder and life sentence.  Blackwell
 argues he received ineffective assistance of counsel on his guilty plea.  After a thorough review of the record pursuant
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Blackwells appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN, C.J., HUFF and KITTREDGE,
 JJ., concur.

[1] We decide this case without
 oral argument pursuant to Rule 215, SCACR.